```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 07779
   BYRON R DIGGS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3216

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 07/01/2006 and was confirmed 09/27/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was completed - no discharge 04/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED           359.00          .00         359.00
OPTION ONE MORTGAGE        CURRENT MORTG        .00          .00            .00
OPTION ONE MORTGAGE        MORTGAGE ARRE        .00          .00            .00
ASPIRE                     FILED LATE           .00          .00            .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED          .00            .00
HARRIS & HARRIS            UNSECURED      NOT FILED          .00            .00
MICHIGAN AVENUE INTERNIS   UNSECURED      NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         2580.20         .00        2580.20
ECMC                       UNSECURED         5033.70         .00        5033.70
PHILIP A IGOE              DEBTOR ATTY      2,274.00                    2,274.00
TOM VAUGHN                 TRUSTEE                                        637.62
DEBTOR REFUND              REFUND                                       3,726.90

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                  RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE          14,611.42

PRIORITY                                        .00
SECURED                                      359.00
UNSECURED                                  7,613.90
ADMINISTRATIVE                             2,274.00
TRUSTEE COMPENSATION                         637.62
DEBTOR REFUND                              3,726.90
                 --------------         --------------
TOTALS             14,611.42               14,611.42
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/03/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 06 B 07779 BYRON R DIGGS
```